THURMAN LEE MOORE v. PETE ALVIN MOODY, HOWARD FERGUSON AND THE FORD MOTOR COMPANY, A CORPORATION

No. 71

(Filed 12 January 1982)

**Appeal and Error § 20— denial of summary judgment—discretionary review by Supreme Court**

     Except in extraordinary circumstances, the Supreme Court will not consider, either by writ of certiorari or discretionary review, any denial of a motion for summary judgment prior to the entry of final judgment in the case.

ON certiorari pursuant to Rule 21 of the Rules of Appellate Procedure to review an order of *Llewellyn, J.,* at the 20 October 1980 Civil Session of NORTHAMPTON Superior Court denying defendants' motion for summary judgment. On 4 March 1981 we allowed defendant Ford Motor Company's petition for certiorari. We also treated the papers filed by defendant Ford Motor Company as a motion to bypass the Court of Appeals and granted that

motion. The Court of Appeals had denied an identical petition for certiorari by defendant Ford Motor Company on 21 January 1981.

*Young, Moore, Henderson & Alvis, by Walter E. Brock, Jr., and Barbara B. Coughlin, for defendant-appellant Ford Motor Company.*

*Rosbon D. B. Whedbee and Perry W. Martin for plaintiff-appellee.*

PER CURIAM.

The only question presented to this Court is whether the trial court erred in denying defendant Ford Motor Company's motion for summary judgment which motion was based upon the provisions of G.S. 1-50(6). The trial court concluded that the six year statute of limitations set forth in G.S. 1-50(6) was inapplicable to instant case, or if applicable, the statute was unconstitutional as applied to the facts of this case.

After a thorough and careful examination of the record, the briefs, and the authorities cited therein, and after giving due consideration to the oral arguments presented on this question, we conclude that the petition for writ of certiorari was improvidently allowed. The order allowing certiorari is hereby vacated. The decision of the trial court denying defendant's motion for summary judgment shall remain undisturbed and in full force and effect. Except in extraordinary circumstances, this Court will not consider, either by writ of certiorari or discretionary review, any denial of a motion for summary judgment prior to the entry of final judgment in a case wherein summary judgment was denied.

Certiorari improvidently granted.